UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL G. PETERS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-3039 |
| § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE § | |
| and § | |
| DINAH HUFFMAN, § | |
| § | |
| Defendants. § | |

## **MEMORANDUM AND ORDER**

Michael G. Peters, an inmate incarcerated in the Texas Department of Criminal Justice, has filed a prisoner civil rights complaint and a motion for leave to proceed *in forma pauperis*. This action is dismissed under 28 U.S.C. § 1915(g).

Barring a show of imminent danger, under the Prison Litigation Reform Act of 1995, a prisoner may not file an action *in forma pauperis* if he has, on three or more occasions, filed a prisoner action in federal district court or an appeal in a federal court of appeals that was dismissed as frivolous or malicious. 28 U.S.C. § 1915(g); *Adepegba v. Hammons*, 103 F.3d 383, 385 (5th Cir. 1996). Peters has accumulated at least 11 such dismissals. He is no longer allowed to proceed *in forma pauperis* under section 1915(g). *See Peters v. TDCJ,* No. 4:21-cv-2447 (S.D. Tex. July 29, 2021); *Peters v. Texas Department of Criminal Justice*, No. 3:21-cv-14 (S.D. Tex. Feb. 1, 2021); *Peters v. Valigura*, No. 4:15-cv-3032 (S.D. Tex. Oct. 26, 2016); *Peters v. Texas Medical Board*, No. 4:15-cv-3021 (S.D. Tex. Oct. 30, 2015); *Peters v. Rollins*, No. 4:15-cv-3036 (S.D. Tex. Oct, 27, 2015); *Peters v. Duckworth*, No. 4:15-cv-3024 (S.D. Tex. Oct. 24, 2015); *Peters v. Harrison*, No. 4:15-cv-3037 (S.D. Tex. Oct, 19. 2015); *Peters v. BB&T*

*Bank*, No. 4:15-cv-3035 (S.D. Tex. Oct. 15, 2015); *Peters v. Dreyer*, No. 4:15-cv-289 (S.D. Tex. Oct. 14, 2015); *Peters v. Dreyer*, No. 4:15-cv-2900 (S.D. Tex. Oct. 6, 2015); *Peters v. Gilbert*, No. 4:15-cv-2762 (S.D. Tex. Oct. 1, 2015). Peters' complaint does not allege that he is in any imminent danger.

In light of the pleadings and his litigation history, Peters has failed to show that he is eligible to proceed *in forma pauperis*. This action is DISMISSED under 28 U.S.C. § 1915(g), and Peters' motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED. This dismissal counts as a strike for purposes of 28 U.S.C. § 1915(g).

The Clerk is directed to provide a copy of this Memorandum and Order to the parties and to the TDCJ - Office of the General Counsel, P.O. Box 13084, Austin, Texas 78711, Fax Number (512) 936-2159, and to the three strikes coordinator for this district, Three_Strikes@txs.uscourts.gov.

It is so ORDERED.

SIGNED on this 23rd day of September, 2021.

_____
Kenneth M. Hoyt
United States District Judge